IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE FONTANEZ,

                    Plaintiff,

          v.

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security
Administration,

                    Defendant.

CIVIL ACTION
NO. 16-02065

FILED

JUL 1 8 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 18th day of July 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 13), Plaintiff's Objections to the Report and Recommendation (Doc. No. 14), Defendant's Response to Plaintiff's Objections to the Report and Recommendation (Doc. No. 16), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1.    Plaintiff's Objections to the Report and Recommendation (Doc. No. 14) are **OVERRULED.**

2.    The Report and Recommendation (Doc. No. 13) is **APPROVED AND ADOPTED.**

3.    Judgment is entered in favor of Defendant and against Plaintiff.

4.    The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

JOEL H. SLOMSKY, J.